# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROWADY LAW, PLLC,
a Michigan corporation

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
an American National Bank,

    Defendant.
_____/

Case No. 2:24-mc-51039-SKD-DRG

Honorable Susan K. DeClercq

| | |
|---|---|
| Gary K. August (P48730) | Aimee R. Gibbs (P70522) |
| AUGUST LAW, PLLC | Davina A. Bridges (P85597) |
| 363 West Big Beaver Road, Suite 410 | DICKINSON WRIGHT PLLC |
| Troy, Michigan 48084 | 200 W. Ottawa Ave, NW, Suite 9000 |
| 248-833-6225 | Grand Rapids, Michigan 49503 |
| gaugust@august-law.com | 616-336-1062 |
| mlewis@august-law.com | agibbs@dickinsonwright.com |
| | dbridges@dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for JPMorgan Chase Bank, N.A.* |

## **APPEARANCE**

    PLEASE TAKE NOTICE that Davina A. Bridges of Dickinson Wright PLLC enters her appearance as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-entitled matter.

    Respectfully submitted,
DICKINSON WRIGHT PLLC
By: */s/ Davina A. Bridges*
Davina A. Bridges (P85597)
Aimee R. Gibbs (P70522)
200 Ottawa Avenue NW., Suite 900
Grand Rapids, MI 49503
agibbs@dickinsonwright.com
dbridges@dickinsonwright.com

*Attorneys for JPMorgan Chase Bank, N.A.*